UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS WHEELER,<br><br>  Petitioner,<br><br>  v.<br><br>FELIPE MARTINEZ, JR., Warden,<br><br>  Respondent. | Case No. 2:19-cv-06538-ODW-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: January 21, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE